**Appeal dismissed, and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-24-00524-CV

_____

**CARVEL JOHNSON, Appellant**

**V.**

**PATRICIA DEMARIS HARRIS, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-20704**

---

### MEMORANDUM OPINION

This is an attempted appeal from an order signed on July 15, 2024 denying appellant's requests to dismiss the underlying lawsuit, vacate a temporary restraining order, and sanction appellee. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex.

2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  Based on the court's review, no component of the July 15, 2024 order may properly be the subject of an interlocutory appeal.

On August 12, 2024, the court notified the parties of this court's intention to dismiss the appeal for want of jurisdiction unless any party demonstrated this court has jurisdiction over this appeal on or before August 22, 2024. *See* Tex. R. App. P. 42.3(a). No response was filed.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.